IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TIMOTHY ALAN CONNELL,**

    **Plaintiff,**

v.                                          Case No. 4:22-cv-432-AW-MJF

**CENTURION OF FLORIDA, LLC, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have carefully considered the magistrate judge's December 27, 2022 Report and Recommendation. ECF No. 7. There has been no objection. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation, ECF No. 7, is adopted and incorporated into this order.

2. Plaintiff's claims against Defendant Coopman are severed and dismissed without prejudice.

3. The clerk of the court shall take the appropriate steps to transfer this action to the United States District Court for the Middle District of Florida and then close this case file.

SO ORDERED on February 6, 2023.

                                                s/ *Allen Winsor*
                                               United States District Judge