Legal Mail
Provided to Florida State Prison on
2/28/24 for mailing by ___

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Timothy Alan Connell,
    Plaintiff

V.        Case Number: 3:23-CV-152-BJD-JBT

CENTURION OF FLORIDA, LLC., etal.,
    Defendant(s)

## MOTION FOR DEFAULT JUDGMENT

Plaintiff Timothy Alain Connell moves the court to enter a default judgment against defendant CENTURION OF FLORIDA, LLC., ~~[struck out text]~~

1. A default has been entered against defendant CENTURION OF FLORIDA, LLC., for failure to answer or otherwise defend in the above entitled matter.

2. Defendant CENTURION OF FLORIDA, LLC is not in the military service as shown by the attached declaration.

[Date] Febuary 28th, 2024
[Name and Address]

    Respectfully Submitted:
    *Timothy Alan Connell*
    Timothy Alan Connell
    FLORIDA STATE PRISON
    Post Office Box 800
    Raiford, Florida 32083

CERTIFICANT OF SERVICE

I HEREBY CERTIFY, that on Febuary 28, 2024, I Furnished the foregoing with the clerk of the Court and to Defendants Counsel Honorable HILL WARD HENDERSON DAVID W. Hughes & Ethen B. Shapiro by U.S. Mail.

/S/ Timothy Alan Connell
Timothy Alan Connell
FLORIDA STATE PRISON
POST OFFICE BOX 800
RAIFORD, FLORIDA 32083